# EXHIBIT O



**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

Jeff Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 98171 | 07/09/2007 | 01-55914 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/28/2007 | COOPER | 5629 |

| CASE CAPTION |
|---|
| Metavante Corp. vs. Emigrant Savings Bank |

| TERMS |
|---|
| Net 30 |

```
Original and 1 Copy of:
    Ted Morehouse                                        1,190.16
        Attendance of Reporter                              98.00
        Photocopying Exhibits      212.00 Pages            101.76
        Federal Express                                     39.65

                                TOTAL   DUE   >>>>       1,429.57
```

188 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

JUL 27 '07

TAX ID NO.: 13-2656827                              (414) 271-7100    Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

Jeff Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

Job No.    : 01-55914
Case No.   : 5629
Metavante Corp. vs. Emigrant Savings

Invoice No.: 98171
Date       : 07/09/2007
**TOTAL DUE** : 1,429.57

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____   Phone #: _____

Cardholder's Signature: _____

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018



OCT 2 9 2007

**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 99742 | 10/23/2007 | 01-57203 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/18/2007 | FORBAN | 5629 |

**CASE CAPTION**

Metavante Corp. vs. Emigrant Savings Bank

**TERMS**

Net 30

Michael Fischer
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original and 1 Copy of:
   John McNally                                           1,763.50
       Attendance of Reporter                                98.00
       Photocopying Exhibits        241.00 Pages            115.68
       Federal Express                                       39.65

                            TOTAL  DUE  >>>>              2,016.83
```

277 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO.: 13-2656827                           (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

Michael Fischer
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Job No.    : 01-57203
Case No.   : 5629
Metavante Corp. vs. Emigrant Savings
Invoice No.: 99742
Date       : 10/23/2007
TOTAL DUE  : 2,016.83
```

PAYMENT WITH CREDIT CARD

Card Holder's Name:
VISA/MC/AmExp #:
Amount to Charge:
Exp. Date:                   Phone #:
Cardholder's Signature:

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018



**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 100180 | 11/27/2007 | 01-57593 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2007 | MARILI | 5629 |

| CASE CAPTION |
|---|
| Metavante Corp. vs. Emigrant Savings Bank |

| TERMS |
|---|
| Net 30 |

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original and 1 Copy of:
    Eileen Lyon                                            1,955.12
        Attendance of Reporter                                98.00
        Photocopying Exhibits       430.00 Pages             206.40
        Federal Express                                       73.00
                                                          ---------
                                   TOTAL   DUE   >>>>     2,332.52
```

307 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO.: 13-2656827                                (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

Job No.    : 01-57593
Case No.   : 5629
Metavante Corp. vs. Emigrant Savings
Invoice No.: 100180
Date       : 11/27/2007
TOTAL DUE  : 2,332.52

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____   Phone #: _____
Cardholder's Signature: _____



**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 102997 | 06/30/2008 | 01-60095 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/27/2008 | MARILI | 5629 |
| CASE CAPTION | | |
| Metavante Corp. vs. Emigrant Savings Bank | | |
| TERMS | | |
| Net 30 | | |

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original and 1 Copy of:
    Eileen Lyon (cont'd)                                       1,164.94
        Attendance - Half Day                                     49.00
        Photocopying Exhibits     107.00 Pages                    51.36
        Federal Express                                           39.65
                                                              ---------
                            TOTAL  DUE  >>>>                   1,304.95
```

165 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO.: 13-2656827                               (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

Job No.     : 01-60095
Case No.    : 5629
Metavante Corp. vs. Emigrant Savings
Invoice No.: 102997
Date        : 06/30/2008
TOTAL DUE   : 1,304.95

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC/AmExp #: |
| Amount to Charge: |
| Exp. Date: _____  Phone #: |
| Cardholder's Signature: |

Repft To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018



**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 103048 | 07/03/2008 | 01-60096 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/30/2008 | MARILI | 5629 |

| CASE CAPTION |
|---|
| Metavante Corp. vs. Emigrant Savings Bank |
| TERMS |
| Net 30 |

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original and 1 Copy of:
    Ted Morehouse (cont'd)                                    1,102.72
        Attendance - Half Day                                     49.00
        Photocopying Exhibits        429.00 Pages                205.92
        Federal Express                                           39.65

                                     TOTAL  DUE  >>>>          1,397.29


165 pages


Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.
```

TAX ID NO.: 13-2656827                                      (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

Job No.    : 01-60096
Case No.   : 5629
Metavante Corp. vs. Emigrant Savings
Invoice No.: 103048
Date       : 07/03/2008
TOTAL DUE  : 1,397.29

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____ Phone #: _____
Cardholder's Signature: _____

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018



**Fink & Carney Reporting & Video**
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 103075 | 07/08/2008 | 01-60097 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/01/2008 | DANELI | 5629 |
| CASE CAPTION | | |
| Metavante Corp. vs. Emigrant Savings Bank | | |
| TERMS | | |
| Net 30 | | |

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original & 1 Copy, Expedited Delivery:
   Karen Wilson                                           2,866.99
      Attendance of Reporter                                104.00
      Photocopying Exhibits         98.00 Pages              47.04
      Federal Express                                        72.00

                                  TOTAL DUE  >>>>         3,090.03
```

311 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO.: 13-2656827                                     (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Job No.    : 01-60097
Case No.   : 5629
Metavante Corp. vs. Emigrant Savings

Invoice No.: 103075
Date       : 07/08/2008
TOTAL DUE  : 3,090.03
```

Remit To:  Ralph Fink & Associates, Inc.
           39 West 37th Street
           6th Floor
           New York, NY 10018

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____ Phone #: _____
Cardholder's Signature: _____



Fink & Carney Reporting & Video
39 West 37th Street, New York, NY 10018
1-800-NYC-FINK   FAX 1-877-FAX-FINK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 103463 | 08/05/2008 | 01-60540 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/31/2008 | SANTEL | 5629 |

**CASE CAPTION**

Metavante Corp. vs. Emigrant Savings Bank

**TERMS**

Net 30

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Original & 1 Copy, Expedited Delivery:
    Kimberly Romano                                         3,725.75
        Attendance of Reporter                                104.00
        Photocopying Exhibits       113.00 Pages               54.24
        Federal Express                                        73.00
                                                          ----------
                                        TOTAL DUE  >>>>     3,956.99
```

362 pages

Thank you for choosing Fink & Carney Reporting and Video. We appreciate your business.

TAX ID NO.: 13-2656827              (414) 271-7100   Fax (414) 271-8135

*Please detach bottom portion and return with payment.*

John Hovel, Esq.
Kravit Hovel & Krawczyk
825 North Jefferson
Milwaukee, WI 53202

```
Job No.   :  01-60540
Case No.  :  5629
Metavante Corp. vs. Emigrant Savings

Invoice No.:  103463
Date       :  08/05/2008
TOTAL DUE  :  3,956.99
```

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____ Phone #: _____
Cardholder's Signature: _____

Remit To:   Ralph Fink & Associates, Inc.
            39 West 37th Street
            6th Floor
            New York, NY 10018