# EXHIBIT P

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 157442 | 6/20/2007 | 78487 |
| Job Date | Case No. | |
| 6/7/2007 | | |

**Case Name**

Metavante Corp v. Emigrante Saving Bank

**Payment Terms**

Due upon receipt

## GRAMANN REPORTING limited

710 North Plankinton
Suite 710
Milwaukee, WI 53203
Phone 414.272.7878
Fax 414.272.1806

Mr. John F. Hovel
Kravit, Hovel, Krawczyk, S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

---

1 COPY OF THE TRANSCRIPT OF:
    Angela K. Torres      56.00 Pages      112.00
        Rough ASCII      49.00 Pages      36.75
1 COPY OF THE TRANSCRIPT OF:
    Susan E. Hawkins      191.00 Pages      382.00
        Rough ASCII      170.00 Pages      127.50
        Exhibit Copies      124.00 Pages      31.00
        DISK      5.00
        Courier & Handling      9.00

**TOTAL DUE >>>**      **$703.25**

Complimentary Summation file e-mailed on the date of this invoice.

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!




JUL 27 2007

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. John F. Hovel
Kravit, Hovel, Krawczyk, S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.   :   157442
Invoice Date   :   6/20/2007
**Total Due**   :   **$ 703.25**

Remit To: **Gramann Reporting, Ltd.**
         **710 North Plankinton**
         **Suite 710**
         **Milwaukee, WI 53203**

Job No.   :   78487
BU ID   :   1-MAIN
Case No.   :
Case Name   :   Metavante Corp v. Emigrante Saving Bank

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158279 | 7/25/2007 | 79005 |
| Job Date | Case No. | |
| 7/17/2007 | | |

**Case Name**

Metavante Corp v. Emigrante Saving Bank

**Payment Terms**

Due upon receipt

**GRAMANN REPORTING limited**
710 North Plankinton
Suite 710
Milwaukee, WI 53203
Phone 414.272.7878
Fax 414.272.1606

Ms. Anne Kravit
Kravit, Hovel, Krawczyk, S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY OF THE TRANSCRIPT OF:

Brian C. Hurdis

| | | |
|---|---|---|
| Rough ASCII | 312.00 Pages | 624.00 |
| Exhibit Copies | 277.00 Pages | 207.75 |
| DISK | 115.00 Pages | 28.75 |
| Courier & Handling | | 5.00 |
| | | 9.00 |

RECEIVED AUG 01 2007

OK

TOTAL DUE >>> **$874.50**

Ordered By : Mr. Michael D. Fischer
Kravit, Hovel, Krawczyk, S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on the date of this invoice.

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel, Krawczyk, S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 158279
Invoice Date : 7/25/2007
**Total Due** : **$ 874.50**

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee, WI 53203**

Job No. : 79005
BU ID : 1-MAIN
Case No. :
Case Name : Metavante Corp v. Emigrante Saving Bank

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158833 | 8/20/2007 | 79390 |
| **Job Date** | **Case No.** | |
| 8/14/2007 | 05-1221 | |

**Case Name**

Metavante Corp. vs. Emigrant Savings Bank

**Payment Terms**

Due upon receipt

**GRAMANN REPORTING limited**
710 North Plankinton
Suite 710
Milwaukee, WI 53203
Phone 414.272.7878
Fax 414.272.1606

Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY OF TRANSCRIPT OF:
   Barry D. Holst
      Exhibit Copies
      Courier & Handling

| | | |
|---|---|---|
| 282.00 Pages | | 634.50 |
| 132.00 Pages | | 33.00 |
| | | 9.00 |
| **TOTAL DUE >>>** | | **$676.50** |

Gramann Reporting celebrates our 25th anniversary: 1982-2007!
Thank you for helping to make this possible!

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | ~~0.00~~ |
| (=) New Balance: | $676.50 |

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.   : 158833
Invoice Date  : 8/20/2007
Total Due     : $ 676.50

Remit To: Gramann Reporting, Ltd.
        710 North Plankinton
        Suite 710
        Milwaukee, WI 53203

Job No.    : 79390
BU ID      : 1-MAIN
Case No.   : 05-1221
Case Name  : Metavante Corp. vs. Emigrant Savings Bank



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163890 | 4/18/2008 | 83065 |
| Job Date | Case No. | |
| 4/16/2008 | 05C1221 | |

**Case Name**

Metavante Corporation v. Emigrant Savings Bank

**Payment Terms**

Due upon receipt

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY OF TRANSCRIPT OF:
   Daniel McNamara        262.00 Pages    524.00
     DISK                                        5.00
     Exhibit Copies           584.00 Pages    146.00
     Courier & Handling                           9.00

Ordered By : Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

**TOTAL DUE >>>   $684.00**

Complimentary TEXT and PDF files e-mailed on the date of this invoice.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!



Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.   : 163890
Invoice Date  : 4/18/2008
**Total Due** : $ 684.00

Remit To: **Gramann Reporting, Ltd.**
         **710 North Plankinton**
         **Suite 710**
         **Milwaukee, WI 53203**

Job No.   : 83065
BU ID     : 1-MAIN
Case No.  : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 163912 | 4/21/2008 | 83066 |
| Job Date | Case No. | |
| 4/17/2008 | 05C1221 | |

| Case Name |
|---|
| Metavante Corporation v. Emigrant Savings Bank |

| Payment Terms |
|---|
| Due upon receipt |

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

---

1 COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Colleen Cleary | 217.00 Pages | | 434.00 |
| Exhibit Copies | 675.00 Pages | | 168.75 |
| DISK | | | 5.00 |
| Courier & Handling | | | 9.00 |

**TOTAL DUE >>>  $616.75**

Ordered By : Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!



WE SINCERELY APPRECIATE YOUR BUSINESS!

APR 22 2008

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

---

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 163912
Invoice Date : 4/21/2008
**Total Due : $ 616.75**

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No. : 83066
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank

# INVOICE



**Gramann Reporting**
710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 164355 | 5/12/2008 | 83294 |
| Job Date | Case No. | |
| 5/7/2008 | 05C1221 | |

**Case Name**

Metavante Corporation v. Emigrant Savings Bank

**Payment Terms**

Due upon receipt

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Diane Balsiger | 413.00 Pages | 826.00 |
| Min-U-Script & Disk | | 46.30 |
| Exhibit Copies | 207.00 Pages | 51.75 |
| Courier & Handling | | 9.00 |
| | **TOTAL DUE >>>** | **$933.05** |

Ordered By : Ms. Janice A. Rhodes
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on the date of this invoice.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!



WE SINCERELY APPRECIATE YOUR BUSINESS!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 164355
Invoice Date : 5/12/2008
Total Due : $ 933.05

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No. : 83294
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation Expertise Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 164388 | 5/13/2008 | 83293 |
| Job Date | Case No. | |
| 5/8/2008 | 05C1221 | |

| Case Name |
|---|
| Metavante Corporation v. Emigrant Savings Bank |

| Payment Terms |
|---|
| Due upon receipt |

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

---

1 COPY (TECHNICAL) OF THE TRANSCRIPT OF:
   Louise Roepke
     Exhibit                              288.00 Pages       648.00
     Min-U-Script & Disk          314.00 Pages        78.50
     Courier & Handling                                33.80
                                                                     9.00

**TOTAL DUE >>>**        **$769.30**

Ordered By : Mr. Michael D. Fischer
                 Kravit, Hovel & Krawczyk S.C.
                 825 North Jefferson Street
                 5th Floor
                 Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on 5.15.08.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!



Thank You — WE SINCERELY APPRECIATE YOUR BUSINESS!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.   : 164388
Invoice Date  : 5/13/2008
**Total Due**    : **$ 769.30**

Remit To: Gramann Reporting, Ltd.
          710 North Plankinton
          Suite 710
          Milwaukee, WI 53203

Job No.    : 83293
BU ID     : 1-MAIN
Case No.  : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 165609 | 7/7/2008 | 84113 |
| Job Date | Case No. | |
| 7/1/2008 | 05C1221 | |
| Case Name | | |
| Metavante Corporation v. Emigrant Savings Bank | | |
| Payment Terms | | |
| Due upon receipt | | |

1 COPY OF TRANSCRIPT OF:
Scott Dryburgh
    Min-U-Script & Disk      258.00 Pages      516.00
    Exhibit Copies      30.80
    Courier & Handling      522.00 Pages      130.50
     9.00

**ACCOUNTS PAYABLE OCT 2 9 2008 RECEIVED**

TOTAL DUE >>>    **$686.30**

Ordered By: Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You — WE SINCERELY APPRECIATE YOUR BUSINESS!*

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 165609
Invoice Date : 7/7/2008
**Total Due** : **$ 686.30**

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No. : 84113
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166050 | 7/28/2008 | 84638 |
| Job Date | Case No. | |
| 7/23/2008 | 05C1221 | |
| Case Name | | |
| Metavante Corporation v. Emigrant Savings Bank | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Sarah J. Friday
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY (TECHNICAL) OF THE TRANSCRIPT OF:

| | | |
|---|---|---|
| Susan Sternhagen | 320.00 Pages | 720.00 |
| Exhibit Copies | 92.00 Pages | 23.00 |
| Min-U-Script | 320.00 Pages | 32.00 |
| CD | | 5.00 |
| Courier & Handling | | 9.00 |
| | **TOTAL DUE >>>** | **$789.00** |

In place of disk, please see our innovative DepoLaunch CD.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!



Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Sarah J. Friday
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 166050
Invoice Date : 7/28/2008
Total Due : $ 789.00

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee, WI 53203**

Job No. : 84638
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166336 | 8/7/2008 | 84754 |
| Job Date | Case No. | |
| 8/5/2008 | 05C1221 | |
| Case Name | | |
| Metavante Corporation v. Emigrant Savings Bank | | |
| Payment Terms | | |
| Due upon receipt | | |

1 COPY OF THE TRANSCRIPT OF:
  Gregg Schneider
    Min-U-Script                       282.00 Pages            705.00
    Exhibit Copies                     282.00 Pages             28.20
    CD                                                         318.11
    Courier & Handling                                           5.00
                                                                 9.00

TEXT and PDF files e-mailed on the date of this invoice.
In place of disk please try our Innovative Depo Launch CD.

                                       **TOTAL DUE >>>        $1,065.31**

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You — WE SINCERELY APPRECIATE YOUR BUSINESS!*

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.   : 166336
Invoice Date  : 8/7/2008
**Total Due   : $ 1,065.31**

Remit To: **Gramann Reporting, Ltd.**
          **710 North Plankinton**
          **Suite 710**
          **Milwaukee, WI 53203**

Job No.    : 84754
BU ID      : 1-MAIN
Case No.   : 05C1221
Case Name  : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

Phone: 414.272.7878
Fax: 414.272.1806

*Innovation · Expertise · Integrity*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166564 | 8/19/2008 | 84755 |
| **Job Date** | **Case No.** | |
| 8/15/2008 | 05C1221 | |
| **Case Name** | | |
| Metavante Corporation v. Emigrant Savings Bank | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**1 COPY OF THE TRANSCRIPT OF:**

| | | |
|---|---|---|
| Frank R. Martire | 388.00 Pages | 873.00 |
| CD | | 5.00 |
| Exhibit Copies | 489.00 Pages | 122.25 |
| Min-U-Script | 388.00 Pages | 38.80 |
| Courier & Handling | | 9.00 |

**TOTAL DUE >>> $1,048.05**

Ordered By:   Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on 8/22/08.
In place of disk, please see our innovative DepoLaunch CD.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You*   *WE SINCERELY APPRECIATE YOUR BUSINESS!*

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit,
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No.  : 166564
Invoice Date : 8/19/2008
Total Due    : $ 1,048.05

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee, WI 53203**

Job No.    : 84755
BU ID      : 1-MAIN
Case No.   : 05C1221
Case Name  : Metavante Corporation v. Emigrant Savings Bank



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166750 | 8/28/2008 | 85022 |
| Job Date | Case No. | |
| 8/26/2008 | 05C1221 | |
| Case Name | | |
| Metavante Corporation v. Emigrant Savings Bank | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY OF THE TRANSCRIPT OF:
Gary Reninski
   Min-U-Script            287.00 Pages     789.25
   CD                          287.00 Pages      28.70
   Exhibit Copies                         5.00
   Courier & Handling     429.00 Pages     107.25
                                                  9.00

TOTAL DUE >>>   $939.20

ACCOUNTS PAYABLE
OCT 03 2008
RECEIVED

Ordered By : Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on the date of this invoice.
In place of disk, please see our innovative DepoLaunch CD.
Page rates include expedite charge.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You*    WE SINCERELY APPRECIATE YOUR BUSINESS!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 166750
Invoice Date : 8/28/2008
Total Due : $ 939.20

Remit To: **Gramann Reporting, Ltd.**
**710 North Plankinton**
**Suite 710**
**Milwaukee, WI 53203**

Job No. : 85022
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166810 | 9/2/2008 | 85092 |
| Job Date | Case No. | |
| 8/28/2008 | 05C1221 | |

**Case Name**

Metavante Corporation v. Emigrant Savings Bank

**Payment Terms**

Due upon receipt

**GRAMANN REPORTING**
710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203
Phone: 414.272.7878
Fax: 414.272.1806

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

1 COPY OF THE TRANSCRIPT OF:
Dennis Paschke

| | | |
|---|---|---|
| Mini-Script | 295.00 Pages | 811.25 |
| | 295.00 Pages | 29.50 |
| Exhibit Copies | 273.00 Pages | 68.25 |
| Rough ASCII | 263.00 Pages | 197.25 |
| CD | | 5.00 |
| Courier & Handling | | 9.00 |
| **TOTAL DUE >>>** | | **$1,120.25** |

Ordered By: Mr. Michael D. Fischer
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Complimentary TEXT and PDF files e-mailed on 9/2/08.
Rough ascii sent to Mr. Cbyl on 8/29/08.
Page rates include expedite charge.

Proudly serving the legal community since 1982.
Gramann Reporting appreciates your business. Thank you!

Thank You

WE SINCERELY APPRECIATE YOUR BUSINESS!

Tax ID: 39-1582838

*Please detach bottom portion and return with payment.*

Ms. Anne Kravit
Kravit, Hovel & Krawczyk S.C.
825 North Jefferson Street
5th Floor
Milwaukee, WI 53202-3737

Invoice No. : 166810
Invoice Date : 9/2/2008
Total Due : $ 1,120.25

**ACCOUNTS PAYABLE SEP 15 2008 RECEIVED**

Remit To: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No. : 85092
BU ID : 1-MAIN
Case No. : 05C1221
Case Name : Metavante Corporation v. Emigrant Savings Bank