# EXHIBIT R

# ivize
innovative | insightful | informative

Ivize of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890860

**PLEASE PAY FROM THIS INVOICE**

INVOICE N..  06-12908

DATE:       5/25/2007

**REMIT PAYMENT TO:** Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

**SOLD TO:**
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414/271-7100

ORDERED BY: Kim Vitrano

| CUSTOMER | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | 2952.009 | NET 15 | JC |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4,898 | B&W Grade ... | Grade D (heavy litigation) black & white copies | 0.165 | 808.17T |

Handwritten: (.15)  734.70
41.14
775.84
ok to pay
CAE 9/20/07

RECEIVED SEP 20 2007

We Appreciate Your Business!

Subtotal: $808.17
Sales Tax: $45.26
**Total** $853.43

Handwritten: To AP: 241410-237 "Emigrant Reserve" $775.84



**Ivize of Milwaukee, LLC** • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-13190

INVOICE DATE: 6/7/2007

REMIT PAYMENT TO: Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100

ORDERED BY: Kim Vitrano

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | 2952.009 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 105,778 | TIFF or Pdf c... | Conversion | 0.06 | 6,346.68T |
| 16 | CD | CD-ROM creation | 15.00 | 240.00T |

ACCOUNTS PAYABLE
OCT 1 6 2007
RECEIVED

We Appreciate Your Business!

Subtotal: $6,586.68
Sales Tax: $368.85
**TOTAL** $6,955.53



**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



**ivize**

innovative insightful informative

Ivize of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

REMIT PAYMENT TO:  Ivize, LLC
128 South Tryon Street
Suite 800
Charlotte, NC 28202

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-14661

INVOICE DATE: 8/13/2007

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100

ORDERED BY: Kim Vitrano

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | MVNT07 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 15,133 | Data Convers... | | 0.105 | 1,588.97T |
| 15,133 | Electronic Nu... | Manual electronic numbering | 0.025 | 378.33T |
| 2 | Hosting | Web hosting (per user, per month) | 100.00 | 200.00T |
| 2 | CD | CD-ROM creation | 25.00 | 50.00T |

We Appreciate Your Business!


RECEIVED AUG 29 2007

Subtotal: $2,217.30

Sales Tax: $124.17

**TOTAL** $2,341.47

OK

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.



**IVIZE of Milwaukee, LLC** • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-15857

INVOICE DATE: 9/26/2007

REMIT PAYMENT TO:
IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | MVNT07 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 15,133 | TIFF or Pdf c... | File Processing To Tiff (per page) | 0.06 | 907.98T |
| 3 | Filtering | Hours for formating | 100.00 | 300.00T |
| 15,133 | Electronic Nu... | Automatic electronic numbering | 0.02 | 302.66T |
| | | Volume MVNT07<br>BATES: MVNT043349-058481<br>Production Date: August 08, 2007 | | |

We Appreciate Your Business!

| | |
|---|---|
| Subtotal: | $1,510.64 |
| Sales Tax: | $84.60 |
| **TOTAL** | **$1,595.24** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



IVIZE of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890680

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-15860

INVOICE DATE: 9/26/2007

REMIT PAYMENT TO: IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | MVNT08 &09 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 28,251 | TIFF or Pdf c... | File Conversion | 0.06 | 1,695.06T |
| 7 | Filtering | Formatting | 100.00 | 700.00T |
| | | MVNT08 & MVNT09 BATES RANGE: MVNT058885-MVNT087135 PRODUCTION DATE: AUGUST 31, 2007 | | |

We Appreciate Your Business!

| | |
|---|---|
| Subtotal: | $2,395.06 |
| Sales Tax: | $134.12 |
| **TOTAL** | **$2,529.18** |

**THANK YOU FOR CHOOSING IVIZE, LLC**

Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



**IVIZE of Milwaukee, LLC** • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-16123

INVOICE DATE: 10/4/2007

SOLD TO:

Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414/271-7100

REMIT PAYMENT TO: IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

ORDERED BY: Chris

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | 2952.009 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 2,180 | B&W Grade ... | Grade D (heavy litigation) black & white copies<br><br>#133<br><br>ACCOUNTS PAYABLE<br>OCT 1 6 2007<br>RECEIVED<br><br>Thank You! | 0.165 | 359.70T |

| | |
|---|---|
| Subtotal: | $359.70 |
| Sales Tax: | $20.14 |
| **TOTAL** | **$379.84** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.





IVIZE of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3690880

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-18579

INVOICE DATE: 10/18/2007

REMIT PAYMENT TO: IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:

Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Metavante | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 5,003 | Data Convers... | OACTEST000001-OACTEST005003 | 0.06 | 300.18T |
| 5 | Tech Time | 1/2 hour fee for EDD processing | 40.00 | 200.00T |
| 5,003 | Electronic Nu... | Automatic electronic numbering | 0.02 | 100.06T |
| 1 | CD | CD-ROM creation | 25.00 | 25.00T |

We Appreciate Your Business!

Subtotal: $625.24

Sales Tax: $35.01

**TOTAL** $660.25

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.



**IVIZE of Milwaukee, LLC** • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-17088

INVOICE DATE: 10/31/2007

REMIT PAYMENT TO:
IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Metavante | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 56,063 | Data Convers... | TiffConversion | 0.07 | 4,064.41T |
| 116,126 | Electronic Nu... | Automatic electronic numbering | 0.02 | 2,322.52T |
| 5,490 | OCR | Optical Character Recognition (OCR) | 0.00 | 0.00T |
| 4 | Tech Time | Hourly fee for EDD processing | 65.00 | 260.00T |
| 4 | Other Services | DVD Master | 35.00 | 140.00T |

IDC_MKE_000031_001
VOL=VOL020-VOL021
Bates Range MVNT087239-MVNT145301

Thank You!

| | |
|---|---|
| Subtotal: | $6,786.93 |
| Sales Tax: | $380.07 |
| **TOTAL** | **$7,167.00** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



IVIZE of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890680

REMIT PAYMENT TO: IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-17428

INVOICE DATE: 11/13/2007

SOLD TO:

Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER ID | PURCHASE ORDER # | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Metavante | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 22,907 | TIFF or Pdf c... | Production Tiffs | 0.07 | 1,603.49T |
| 3.5 | Hosting | Tech Time | 100.00 | 350.00T |
| 2 | CD | CD-ROM creation | 25.00 | 50.00T |

IDC_MKE_000046_001 (Metavante)

Volume name: VOL022-VOL024

Bates range: MVNT145305-MVNT138298

Thank You!

| | |
|---|---|
| Subtotal: | $2,003.49 |
| Sales Tax: | $112.20 |
| **TOTAL** | **$2,115.69** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.



**ivize**
innovative | insightful | informative

IVIZE of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

REMIT PAYMENT TO:
IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

PLEASE PAY FROM THIS INVOICE

INVOICE N... 06-17855

DATE: 11/26/2007

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Kalle

ORDERED BY: Kim Vitrano

| CUSTOMER | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Malavente | NET 15 | JC |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4,317 | TIFF or Pdf c... | File processing to tiff | 0.06 | 259.02T |
| 3.5 | Tech Time | Tech Time | 65.00 | 227.50T |
| 2 | DVD | DVD creation | 35.00 | 70.00T |
| | | IDC_MKE_080058_001<br>Volume Range VOL025-VOL046<br>Bates range: MVNT305783-MVNT310099 | | |
| | | Thank You! | | |
| | | | Subtotal: | $556.52 |
| | | | Sales Tax: | $31.17 |
| | | | **Total** | $587.69 |



**IVIZE of Milwaukee, LLC** • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-21855
INVOICE DATE: 4/28/2008

REMIT PAYMENT TO:
IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Munt 2952.009 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 6,112 | B&W Blow-B... | Blow-back from electronic files in black & white | 0.15 | 916.80T |
| | | #695 | | |

We Appreciate Your Business!

| | |
|---|---|
| Subtotal | $916.80 |
| Sales Tax | $51.34 |
| **TOTAL** | **$968.14** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



IVIZE of Milwaukee, LLC • Phone: (414) 276-2879
Fed. Tax ID: 20-3890680

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-22483
INVOICE DATE: 5/23/2008

REMIT PAYMENT TO:
IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:
Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100

ORDERED BY: Chris

| Client Name | Reference | Payment Terms | Sales Rep |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | 2952.009 | NET 15 | JC |

| Qty | Item | Description | Price | Amount |
|---|---|---|---|---|
| 4,574 | B&W Grade ... | Grade D (heavy litigation) black & white copies #524 | 0.165 | 754.71T |

We Appreciate Your Business!

| | |
|---|---|
| Subtotal | $754.71 |
| Sales Tax | $42.26 |
| **TOTAL** | **$796.97** |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.



**IVIZE of Milwaukee, LLC** • Phone: (414) 276-2879
Fed. Tax ID: 20-3890880

**REMIT PAYMENT TO:** IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

PLEASE PAY FROM THIS INVOICE

INVOICE NO: 06-23990

INVOICE DATE: 7/25/2008

SOLD TO:

Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Melissa

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON ID |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | 2952.009 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 3,404 | B&W Blow-B... | Blow-back from electronic files in black & white | 0.15 | 510.60T |
| | | #538 | | |
| | | Thank you very much. | Subtotal: | $510.60 |
| | | | Sales Tax: | $28.59 |
| | | | **TOTAL** | $539.19 |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.



IVIZE of Milwaukee, LLC • Phone: (414) 276-2679
Fed. Tax ID: 20-3890880

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO: 06-23895

INVOICE DATE: 7/23/2008

REMIT PAYMENT TO: IVIZE of Milwaukee, LLC
c/o IVIZE, LLC
200 South Tryon Street, Suite 10
Charlotte, NC 28202

SOLD TO:

Kravit, Hovel & Krawczyk
825 North Jefferson, Suite 500
Milwaukee, WI 53202
414-271-7100
Attn: Katie

ORDERED BY: Kim Vitrano

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON |
|---|---|---|---|
| Kravit, Hovel & Krawczyk | Metavante 2952.009 | NET 15 | JC |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 4,173 | B&W Grade ... | Grade D (heavy litigation) black & white scanning | 0.12 | 500.76T |
| 4,173 | OCR | Optical Character Recognition (OCR) | 0.03 | 125.19T |
| 2 | CD | CD-ROM creation | 25.00 | 50.00T |
|  |  | #441 |  |  |
|  |  | Thank you very much. | Subtotal: | $675.95 |
|  |  |  | Sales Tax: | $37.85 |
|  |  |  | **TOTAL** | $713.80 |

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.